UNITED STATES of America, Plaintiff–Appellee

v.

Sergio Adan ARUJUO also known as, Serfio Arujuo also known as, Mario Hernandez also known as, Pedro Rodriguez–Herrera, Defendant–Appellant.

No. 06–50992.

United States Court of Appeals, Fifth Circuit.

Jan. 11, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Sergio Adan Arujuo, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, pro se.

Before KING, HIGGINBOTHAM and GARZA, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the appellant's unopposed motion to vacate sentence of the district court is GRANTED.

IT IS FURTHER ORDERED that the appellant's unopposed motion to remand case to United States District Court for resentencing is GRANTED.

It IS FURTHER ORDERED that the appellant's unopposed motion to issue the mandate forthwith upon entry of the court's order is GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.